# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Loi C. Chau, an Individual; and Does 1-10,,<br><br>　　　　Defendants. | Case No.: 8:20-cv-02013-JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered Plaintiff's request for dismissal, hereby orders Plaintiff Amber Machowski's ("Plaintiff") action against Defendant Loi C. Chau ("Defendant") DISMISSED WITH PREJUDICE. Each party will be responsible for their own fees and costs.

Dated: December 29, 2020

　　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE